# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOEL DEFFEBAUGH, ET AL

VERSUS

VALERO REFINING- MERAUX LLC;
VALERO SERVICES INC.; VALERO
PARTNERS LOUISIANA, LLC;
VALERO PARTNERS MERAUX LLC;
TURNER INDUSTRIES ENERGY
SERVICES, LLC; TURNER
INDUSTRIES GROUP, L.L.C.;
JOHN DOE INSURER; and ELITE
TURNAROUND SPECIALISTS, LTD

NO.  2024 CW 1175

**FEBRUARY 26, 2025**

---

In Re:    Elite Turnaround Specialists, Ltd, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 718626.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DISMISSED.**  Relator has filed a motion to withdraw this
writ application, requesting that this writ application be
withdrawn and dismissed.  Accordingly, this writ is dismissed.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT